IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DEMETRIUS CURTIS,
ADC #120225                                                                                          PETITIONER

v.                       No. 4:13-cv-638-DPM-HDY

RAY HOBBS, Director, Arkansas
Department of Correction                                                 RESPONDENT

ORDER

This case was docketed as a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Curtis's most recent filings, however, indicate he intended to file a petition for a writ of habeas corpus. The Court therefore directs the Clerk to change the designation to indicate that it is a petition for a writ of habeas corpus and to change the style to reflect that the respondent is Ray Hobbs, Curtis's custodian.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

20 February 2014