IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DEMETRIUS CURTIS,
ADC #120225                                                          PETITIONER


v.                            No. 4:13-cv-638-DPM-HDY


RAY HOBBS, Director, Arkansas
Department of Correction                                         RESPONDENT

ORDER

This case was docketed as a civil rights complaint filed pursuant to 42

U.S.C. § 1983.  Curtis's most recent filings, however, indicate he intended to

file a petition for a writ of habeas corpus.  The Court therefore directs the

Clerk to change the designation to indicate that it is a petition for a writ of

habeas corpus and to change the style to reflect that the respondent is Ray

Hobbs, Curtis's custodian.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
20 February 2014