# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DEMETRIUS CURTIS,**
**ADC #120225**                                                                         **PETITIONER**

v.                      **No. 4:13-cv-638-DPM-HDY**

**RAY HOBBS, Director, ADC**                                **RESPONDENT**

## ORDER

Opposed recommendation, № 19, adopted. FED. R. CIV. P. 72(b)(3). Curtis's petition for writ of habeas corpus is dismissed without prejudice. Before Curtis may bring a petition for habeas corpus in federal court, he must exhaust his available and effective remedies in state court. 28 U.S.C. § 2254(b). Motion for summary judgment, № 20, and motion to amend, № 24, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 April 2014