IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEMETRIUS CURTIS,**
**ADC #120225**                                                                                  **PETITIONER**

v.                                       No. 4:13-cv-638-DPM

**RAY HOBBS, Director, ADC**                                                   **RESPONDENT**

## JUDGMENT

Curtis's petition for writ of habeas corpus is dismissed without prejudice. A certificate of appealability will not issue because Curtis has not made a substantial showing of the violation of any right.

*D.P. Marshall Jr.*
United States District Judge

11 April 2014